UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CARMELO LOBATO,
*on behalf of himself, FLSA Collective Plaintiffs and
the Class,*

                                        **Plaintiffs,**

                    - against -

AMBOY FOOD DISTRIBUTORS CORP.
        d/b/a Top Tomato,
VICTORY PRODUCE LLC.,
        d/b/a Top Tomato,
A&S BROADWAY PRODUCE, INC.,
        d/b/a Top Tomato,
TOP TOMATO SUPER STORE LLC
        d/b/a Top Tomato,
TOP TOMATO PLAZA, LLC
        d/b/a Top Tomato,
FREEHOLD FARMERS MARKET LLC
        d/b/a Top Tomato,
TOP TOMATO SUPER STORE INC.
        d/b/a Top Tomato,
TOP TOMATO GOURMET MARKET &
PHARMACY d/b/a Top Tomato,
Anthony Sciandra,
Salvatore Sciandra Sr.,
Peter Sciandra, and
Steven Sciandra,

                                        **Defendants.**
-----------------------------------------------------------X

FILE
IN CLERK'S
US DISTRICT C

★ NOV 0 3 2015

BROOK

Docket No.: 1:14-cv-6460 (SJ) (SMG)

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

SO ORDERED
on this ___ day of November 20 15

/s/ USDJ  JOHNSON

STERLING JOHNSON JR., SENIOR U.S.D.J.


        IT IS HEREBY STIPULATED that this action has been discontinued and is hereby

dismissed with prejudice, without costs to any party against any other.  This Stipulation may be

filed with the Court without further notice to any party.

8

Dated: New York, New York
    5 | 18   , 2015

For the Plaintiff:

For the Defendants:

LEE LITIGATION GROUP, PLLC

MILMAN LABUDA LAW GROUP PLLC

By:                               By: _____
    C.K. Lee, Esq. /Anne Seelig         Joseph M. Labuda, Esq.
    30 East 39th Street, Second Floor    3000 Marcus Avenue, Ste. 3W8
    New York, NY 10016              Lake Success, New York 11042
    (212) 465-1188                (516) 328-8899

So Ordered

_____
U.S.D.J.

9